

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2022

No. 04-21-00516-CV

Lon E. **GRINAGE** & Marilyn Grinage,
Appellants

v.

Jason Phillip **THOMPSON** & Terrie Mylene Thompson,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW1900810
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's amended brief was due on April 29, 2022. Before the due date, Appellant filed a motion for an extension of time to file the brief. *See* TEX. R. APP. P. 38.6(d).

Appellant's motion is GRANTED. The brief is due on May 31, 2022. *See id.*


_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court